IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR MARTINEZ DIAZ, : | |
| : | CIVIL ACTION |
| Petitioner : | |
| v. : | NO. 12-7082 |
| : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., : | |
| : | |
| Respondents : | |

## ORDER

AND NOW, this 18th day of November, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) filed December 19, 2012, the Commonwealth's Response to Writ of Habeas Corpus (Docket No. 8) filed March 13, 2013, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated October 24, 2013, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.